THOMAS P. MARREN, Respondent, v. WILLIAM ROBITZEK, as Trustee under the Will of EDWARD ROBITZEK, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,655; in which event the judgment as so modified is affirmed, without costs. No opinion.

Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.